UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERESA SELING, ) | |
| ) | CASE NO. C13-0809-JLR-MAT |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | REPORT AND RECOMMENDATION |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff filed a motion to proceed *in forma pauperis* (IFP) in this matter seeking Social Security disability benefits. However, as plaintiff indicates she has $6,000 in funds at her disposal and a growing home business currently earning $1,500 per month, plaintiff does not financially qualify for IFP status. The Court, therefore, recommends that plaintiff's IFP application be DENIED. This action should proceed only if plaintiff pays the applicable filing fee within **thirty (30)** days after entry of the Court's Order adopting this Report and Recommendation. If no filing fee is paid within thirty days of the Court's Order, the Clerk

REPORT AND RECOMMENDATION
PAGE -1

01 should close the file.

02      DATED this 21st day of May, 2013.

                                          /s/ Mary Alice Theiler
                                          Mary Alice Theiler
                                          United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2