01

02

03

04 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
05 AT SEATTLE

06 TERESA SELING,                          )
                                          )   CASE NO. C13-0809-JLR-MAT
07        Plaintiff,                       )
                                          )
08    v.                                   )   MINUTE ORDER
                                          )
09 CAROLYN W. COLVIN, Acting               )
   Commissioner of Social Security,        )
10                                         )
          Defendant.                       )
11 _____ )

12        The following Minute Order is made by direction of the Court, the Honorable Mary

13 Alice Theiler, United States Magistrate Judge:

14        Plaintiff has paid the filing fee in this case subsequent to the filing of this Court's Report

15 and Recommendation (R&R), which recommends that plaintiff's application to proceed *in*

16 *forma pauperis* (IFP) be denied. (Dkt. 2.)   The Court, therefore, STRIKES the R&R as moot,

17 and directs the Clerk to file the complaint, and to issue summonses to plaintiff's counsel to

18 enable service of process.

19        DATED this 28th day of May, 2013.

20

                        WILLIAM M. MCCOOL, Clerk
21

                    By    s/ Mary Duett
22                          Deputy Clerk


MINUTE ORDER
PAGE -1