UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERESA SELING, | ) |
| | ) CASE NO. C13-0809-JLR-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) MINUTE ORDER |
| | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

The following Minute Order is made by direction of the Court, the Honorable Mary Alice Theiler, United States Magistrate Judge:

Plaintiff has paid the filing fee in this case subsequent to the filing of this Court's Report and Recommendation (R&R), which recommends that plaintiff's application to proceed *in forma pauperis* (IFP) be denied. (Dkt. 2.)   The Court, therefore, STRIKES the R&R as moot, and directs the Clerk to file the complaint, and to issue summonses to plaintiff's counsel to enable service of process.

DATED this 28th day of May, 2013.

WILLIAM M. MCCOOL, Clerk

By    s/ Mary Duett
          Deputy Clerk

MINUTE ORDER
PAGE -1